

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00187-CV

**WIGGINS REVOCABLE TRUST**,
Appellant

v.

Jeffrey A. **GLOVER** and Donna S. Glover,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-01-00022-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file reply briefs is hereby GRANTED. Time is extended to October 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court